STATE OF NORTH CAROLINA v. BERNARD FOX

No. 6918SC500

(Filed 17 December 1969)

**Criminal Law § 146— conviction upon plea of guilty — sufficiency of record**

In an appeal from a sentence imposed upon defendant's plea of guilty to the felony of receiving stolen property, no error appears on the face of the record, where a review of the record shows that (1) defendant's plea of guilty was freely, understandingly, and voluntarily made, (2) the indictment is in proper form, (3) the judgment is in proper form and is supported by the indictment and the plea, and (4) the sentence imposed is within the limits prescribed by statute.

APPEAL by defendant from *Collier, J.,* at the 7 July 1969 Session of GUILFORD Superior Court.

Defendant was charged in a bill of indictment, proper in form, with (1) breaking and entering a building occupied by Edmonds Plaza Drugs, Inc., (2) larceny of property valued at $205.00 and (3) receiving stolen property valued at $205.00 knowing the same to have been feloniously stolen.

Within ten days after the foregoing judgment was entered, defendant gave notice of appeal to this Court and an attorney was appointed to perfect his appeal and represent him in this Court.

*Attorney General Robert Morgan and Assistant Attorney General Millard R. Rich, Jr., for the State.*

*Charles W. Harden for defendant appellant.*

BRITT, J.

In his brief defendant's counsel presents no assignment of error but concedes that the only question before the court is: "Does error appear on the face of the record?"

In *State v. Hopkins*, 5 N.C. App. 282, 168 S.E. 2d 64, this Court said:

> "It is well settled in this jurisdiction that an appeal from a sentence imposed upon defendant's plea of guilty, voluntarily and understandingly made, presents only the face of the record proper for review, and the judgment must be affirmed when the sentence is within the limits prescribed by statute and no fatal defect appears upon the face of the record proper. 3 Strong, N.C. Index 2d, Criminal Law, § 146, p. 88."

We have carefully reviewed the record before us and find that defendant's plea of guilty was freely, understandingly and voluntarily made; the indictment is in proper form; the judgment is in proper form and is supported by the indictment and the plea; and the sentence imposed is within the limits prescribed by statute. No prejudicial error appears on the record. *State v. Alston,* 6 N.C. App. 200, 169 S.E. 2d 520.

The judgment of the superior court is

Affirmed.

BROCK and VAUGHN, JJ., concur.